The Honorable Judge Matthew J Maddox
United State District Court Judge
District of Maryland

The Honorable Judge Matthew J Maddox,

I stand before the Court today with deep respect for the judicial process and gratitude for the opportunity to speak before my sentence is determined. I fully understand the seriousness of the offenses to which I have pled guilty, and I take complete accountability and responsibility for my actions.

I acknowledge that what I did was wrong. I deeply regret the choices I made and the harm those choices have caused. My actions affected not only my own life, but also the lives of my family & friends, my community, and most importantly, the victims and their families. I accept that my behavior has consequences, and I do not attempt to excuse or minimize them in any way.

I caused significant pain and embarrassment to Chuck Davis and Darryl Greer, the owners of Resort Homes LLC. I worked for them for nearly twenty years, and our relationship was more than employer and employee, we were friends. We vacationed together, shared family weddings, and we knew each other's families well. I betrayed the trust they placed in me, and I take full accountability for that betrayal. I am deeply ashamed of how I abused their trust and truly sorry for the harm I caused, not only to them, but to their families as well. I take full responsibility for my actions and profoundly regret the pain I caused. I know forgiveness cannot be expected, but I hope that, with time and genuine effort, I may be able to make amends and perhaps earn forgiveness.

I also recognize the pain my actions have caused my family, friends, and the community. I am sincerely sorry for the distress, disappointment and embarrassment I have caused. I understand that trust has been broken, and I know that rebuilding it will take time and consistent action on my part.

Since this case began, I have spent a great deal of time reflecting honestly on my poor choices. I recognize that my decisions led me here, and I accept the Court's judgment. I have taken steps to address the underlying issues that contributed to my behavior, including seeking counseling. This process has helped me better understand myself and the poor decisions I made, and I am committed to continuing this work and I know I will never repeat these mistakes. I plan to make amends and restitution to the victims.

Looking forward, I am determined to make amends and to live as a responsible and productive member of society. Outside of this situation I have never been in any trouble or done anything to hurt others. I understand that I must earn back trust through my actions, not my words. I will face my sentence, learn from it, and move forward with the intention of being a better person for myself, my family, friends and my community. My family deserves better from me, and I am committed to being the person they deserve. I promise that I will never be the person who committed these crimes again.

I respectfully ask the Court to consider my acceptance of responsibility, my sincere remorse, and the steps I have taken toward rehabilitation when determining my sentence. I hope for the opportunity to demonstrate that I am capable of change and of rebuilding my life in a constructive and meaningful way.

I am grateful for the strong support system I have in my husband Ron; my sons, Zachary and Travis; my daughters-in-law, Ashley and Morgan; my grandchildren, Jack, Nate, Penny, and Charlotte; my brother, sisters and their families and my close friends. They are disappointed in my actions, and I understand how extremely difficult this has been for them. I turned their whole world upside down. Despite that, they have continued to support me through this, and I am committed to earning back their trust and making them proud of me again one day.

Thank you, Your Honor, for allowing me to speak. Whatever sentence is imposed, I will accept it and strive to prove through my actions that I am capable of change and deserving of a second chance.

Respectfully,
**Tammy Barcus**