**EXHIBIT C**


**DEFENDANT'S LIST OF WITNESSES FOR SENTENCING**


**Zachary Barcus**
101 Burley St
Berlin, MD 21811
410-474-5866
tundra35@gmail.com


**Stacey Fabbrini**
23008 Minerva Dr
Ashburn, VA 20148
703-303-2254
Sfabbrini0817@aol.com